IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br>In the Matter of Stacie Jean Brunet - #188396<br>_____/ | No. C 14-80193 WHA<br><br>**ORDER OF SUSPENSION** |

Because Stacie Jean Brunet has failed to respond to the order to show cause, Ms. Brunet's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: August 22, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE